# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 13-00511-JLS-(JPRx) | Date | November 4, 2014 |
| Title | Kenneth J. Lee, et al. v. JPMorgan Chase and Co., et al. | | |

| Present: The Honorable | JOSEPHINE L. STATON, U.S. DISTRICT JUDGE |
|---|---|

| Terry Guerrero | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) ORDER

___     Case previously closed in error on entered date of _____.
        Make JS-5.

_X_     Case should have been reopened on the Order dated October 7,
        2014, Order of the Ninth Circuit Court of Appeals. Make JS-5

___     Case settled but may be reopened if settlement is not
        consummated within    days.  Make JS-6.

___     Other: Court awaiting further materials on this case.

___     Entered                    JS-5

                                                          : _____

                              Initials of Preparer    tg