JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH J. LEE, MARK G. THOMPSON, and DAVID C. ACREE individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>    Plaintiffs,<br>vs.<br><br>JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: SACV 13-00511-JLS (JPRx)<br><br>**JUDGMENT** |

Plaintiffs' motions for Final Approval of Class Action Settlement and for Attorneys' Fees, Costs, and Class Representatives' and Opt-ins' Enhancements came on for hearing on April 17, 2015, at 2:30 p.m., in Courtroom 10A of the above captioned court, the Honorable Josephine L. Staton presiding. The Court having previously granted preliminary approval of the proposed class action settlement on November 24, 2014 (Doc. 80), the Parties having fully briefed the issues regarding final approval and attorneys' fees, costs, and service awards, the case having been heard, and the Court having granted final approval of the Settlement,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

Judgment is entered on the terms set forth in the Court's Order Granting Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Plaintiffs' Motion for Attorneys' Fees, Costs, and Class Representatives' and Opt-ins' Enhancements, filed on April 28, 2015. (Doc. 95.)

**IT IS SO ORDERED.**

Dated: June 12, 2015

Hon. Josephine L. Staton
United States District Judge

1